IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Christine A. Kikel, | ) Case No. 21-22091TPA |
|     Debtor(s) | ) Chapter 13 |
| | ) |
| Christine A. Kikel, | ) |
|     Movant(s) | ) |
| | ) |
| vs. | ) |
| | ) |
| No Respondent(s) | ) |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

AAS Debt Recovery
Pob 129
Monroeville, PA 15146

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Dish Network
PO Box 94063
Palatine, IL 60094-4063

Excela Health Medical Group LTD
PO Box 645189
Pittsburgh, PA 15264-5189

Giant Eagle
c/o Complete Recovery Services, Inc.
8935 Prominence Parkway Suite 200
Jacksonville, FL 32256

PA Turnpike
PAM, LLC
PO Box 1153
Milwaukee, WI 53201-1153

PAF 360
40 Daniel Street
P.O. Box 406
Farmingdale, NY 11735-0230

Portfolio Recovery Associates LLC
120 Corporate Blvd.
Norfolk, VA 23502

Radiologic Consultants LTD
717 East Pittsburgh Street
Greensburg, PA 15601

Southern Ca
2420 Professional Drive
Rocky Mount, NC 27804

|  |  |
|---|---|
| Date: <u>October 29, 2021</u> | <u>/s/ Kenneth Steidl</u>_____<br>Kenneth Steidl, Esquire<br>Attorney for the Debtor(s)<br><br>STEIDL & STEINBERG<br>Suite 2830 – Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA  15219<br>(412) 391-8000<br>ken.steidl@steidl-steinberg.com<br>PA I.D. No.34965 |

**PAWB Local Form 30 (07/13)**