IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christine A. Kikel, | ) | Case No. 21-22091 TPA |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 31 |
| | ) | |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | February 8, 2022 at 9:00 AM |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF NOTICE OF PROPOSED MODIFICATION TO PLAN DATED 10/25/2021 AND AMENDED PLAN DATED DECEMBER 22, 2021**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) December 22, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the United States Trustee

                                                    Respectfully submitted,

February 12, 2021                                 /s/ Christopher M. Frye
DATE                                                    Christopher M. Frye, Esquire
                                                        Attorney for the Debtor(s)
                                                        STEIDL & STEINBERG
                                                        Suite 2830 – Gulf Tower
                                                        707 Grant Street
                                                        Pittsburgh, PA  15219
                                                        (412) 391-8000
                                                        chris.frye@steidl-steinberg.com
                                                         PA I.D. No. 208402

```
Label Matrix for local noticing         AAS Debt Recovery                    Bank of America, N.A.
0315-2                                  Pob 129                              P O Box 982284
Case 21-22091-TPA                       Monroeville, PA 15146-0129           El Paso, TX 79998-2284
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Dec 22 15:49:17 EST 2021

Bureaus Investment Group Portfolio No 15 LLC   Discover Bank                 Discover Financial
c/o PRA Receivables Management, LLC            Discover Products Inc         Attn: Bankruptcy
PO Box 41021                                   PO Box 3025                   Po Box 3025
Norfolk VA 23541-1021                          New Albany OH 43054-3025      New Albany, OH 43054-3025


Dish Network                            Excela Health Medical Group LTD     Giant Eagle
PO Box 94063                            PO Box 645189                        c/o Complete Recovery Services, Inc.
Palatine, IL 60094-4063                 Pittsburgh, PA 15264-5189            8935 Prominence Parkway Suite 200
                                                                             Jacksonville, FL 32256-8265


Hyundai Lease Titling Trust             Internal Revenue Service             Christine A. Kikel
PO Box 20825                            Po Box 7346                          1047 Myers Road
Fountain Valley, CA 92728-0825          Philadelphia, PA 19101-7346          Greensburg, PA 15601-6363


LVNV Funding, LLC                       Maria Miksich                        Office of the United States Trustee
Resurgent Capital Services              KML Law Group, P.C.                  Liberty Center.
PO Box 10587                            701 Market Street                    1001 Liberty Avenue, Suite 970
Greenville, SC 29603-0587               Suite 5000                           Pittsburgh, PA 15222-3721
                                        Philadelphia, PA 19106-1541


PA Turnpike                             PAF 360                              PRA Receivables Management, LLC
PAM, LLC                                40 Daniel Street                     PO Box 41021
PO Box 1153                             P.O. Box 406                         Norfolk, VA 23541-1021
Milwaukee, WI 53201-1153                Farmingdale, NY 11735-0406


Pennsylvania Department of Revenue      Pennsylvania Dept. of Revenue        (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Bankruptcy Division                     Department 280946                    PO BOX 41067
P.O. Box 280946                         P.O. Box 280946                      NORFOLK VA 23541-1067
Harrisburg, PA 17128-0946               ATTN: BANKRUPTCY DIVISION
                                        Harrisburg, PA 17128-0946


Quicken Loans & Rocket Mortgage         Radiologic Consultants LTD           Rocket Mortgage, LLC f/k/a Quicken Loans, at
635 Woodward                            717 East Pittsburgh Street           635 Woodward Avenue
Detroit, MI 48226-3408                  Greensburg, PA 15601-2636            Detroit MI 48226-3408


Santander Consumer                      Santander Consumer USA Inc.          Southern Ca
Po Box 660633                           P.O. Box 560284                      2420 Professional Drive
Dallas, TX 75266-0633                   Dallas, TX 75356-0284                Rocky Mount, NC 27804-2253


Southern Credit Adjusters, Inc.         Kenneth Steidl                       Synchrony Bank
PO Box 2764                             Steidl & Steinberg                   c/o PRA Receivables Management, LLC
Rocky Mount, NC 27802-2764              Suite 2830 Gulf Tower                PO Box 41021
                                        707 Grant Street                     Norfolk, VA 23541-1021
                                        Pittsburgh, PA 15219-1908
```

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates LLC         (d)Portfolio Recovery Associates, LLC
120 Corporate Blvd.                       POB 12914
Norfolk, VA 23502                         Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Rocket Mortgage, LLC f/k/a Quicken Loans,    End of Label Matrix
                                                Mailable recipients    30
                                                Bypassed recipients     1
                                                Total                  31