FILED
1/3/22 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-22091 TPA |
| | ) | Chapter 13 |
| Christine A. Kikel, | ) | |
| *Debtor* | ) | Docket No. 25 |
| | ) | |
| Christine A. Kikel, | ) | |
| *Movant* | ) | Related to Claim No. 10 |
| | ) | |
| vs. | ) | |
| | ) | |
| Portfolio Recovery Associates, LLC, | ) | |
| *Respondent* | ) | |

## ORDER OF COURT

AND NOW, to wit this ___3rd___ day of _____January_____, 2022, upon consideration of the Debtor's Objection to Claim No. 10 and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Claim Number 10 filed by the above captioned Respondent is disallowed in its entirety; and,

2. No fees, costs or charges shall be allowed against the debtor for defending this objection.

Thomas P. Agresti, Judge     jlm
United States Bankruptcy Court