FILED
3/10/22 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-22091-TPA |
| | : | | |
| Christine A. Kikel | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 3/9/2022 |
| | : | Time: | 10:30 |

### PROCEEDING MEMO

**MATTER**   #31 Contested Amended Plan dated 12/22/2021

**APPEARANCES:**

  Debtor: (Kenneth Steidl) Lauren Lamb
  Trustee: Ronda J. Winnecour

**NOTES:**

Winnecour:   Can recommend confirmation with Santander claim to control.

Lamb:   Agree

**OUTCOME:**   Trustee to provide Plan confirmation Order to Debtor's Counsel and it is to be uploaded to the Docket within 3 days. Text Order

*/s/ signature*
asg