IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-22091 JAD |
| | : | |
| Christine A. Kikel | : | Chapter 13 |
| Debtor | : | Related to Docket No. 37, 55 |
| | : | |
| | : | |
| Christine A. Kikel | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Rocket Mortgage, LLC | : | |
| Respondent | : | |
| | : | |

## CERTIFICATE OF SERVICE OF INTERIM MORTGAGE MODIFICATION ORDER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on <u>November 28, 2022</u>

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>Electronic Notification</u>.

EXECUTED ON:


Chapter 13 Trustee
LMP@chapter13trusteewdpa.com

        By: /s/Kenneth Steidl, Esquire
        Attorney for the Debtor

        STEIDL & STEINBERG
        707 Grant Street
        Suite 2830, Gulf Tower
        Pittsburgh, PA 15219
        (412) 391-8000
        Ken.steidl@steidl-steinberg.com
        PA I.D. No. 34965

**PAWB Local Form 7 (07/13)**