IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-22091 - JCM |
|    Christine Kikel | : | Chapter 13 |
|       Debtor | : | Document No. |
| | : | Related to Document No. 70 |
|    Christine Kikel | : | |
|       Movant | : | |
| | : | |
| v. | : | |
| | : | |
|    Rocket Mortgage | : | |
|       Respondent | : | |

### ORDER OF COURT

AND NOW, this ____6th____ day of ____September____ 2023, it is hereby ORDERED, ADJUDGED, and DECREED, that this Court approves the loan modification between the Debtor, Christine Kikel, and the mortgage company, Rocket Mortgage, the terms of which are as follows:

a) the modification balance is $155,145.03
b) the term of the payment is 480 months,
c) the maturity date is July 1, 2063
d) the interest rate is fixed at 4.75%,
e) the total monthly mortgage payment of $1,032.39
    a. the principle and interest payment is $722.60,
    b. the escrow payment is $309.79

It is FURTHER ORDERED that an amended plan shall be filed within thirty (30) days of the date of this Order that incorporates the terms of the loan modification described above.

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

SIGNED
9/6/23 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christine A. Kikel  
    Debtor

Case No. 21-22091-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 1  
Date Rcvd: Sep 06, 2023     Form ID: pdf900     Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2023      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Christine A. Kikel julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4