IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE )
)
) Case No. 21-22091 JCM
Christine A. Kikel, ) Chapter 13
    Debtor(s) ) Related Docket No. 82
)
) Hearing Date and Time:
) October 26, 2023 at 9:00 a.m.

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED SEPTEMBER 21, 2023**

    I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) September 21, 2023

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Office of the U.S. Trustee

Ronda J. Winnecour, Chapter 13 Trustee

                                                Respectfully submitted,

September 21, 2023                /s/ Kenneth Steidl
DATE                                      Kenneth Steidl, Esquire
                                                Attorney for the Debtor(s)
                                                STEIDL & STEINBERG
                                                Suite 2830 – Gulf Tower
                                                707 Grant Street
                                                Pittsburgh, PA  15219
                                                (412) 391-8000
                                                ken.steidl@steidl-steinberg.com
                                                PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 21-22091-JCM<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Sep 21 12:46:17 EDT 2023 | AAS Debt Recovery<br>Pob 129<br>Monroeville, PA 15146-0129 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Dish Network<br>PO Box 94063<br>Palatine, IL 60094-4063 | Excela Health Medical Group LTD<br>PO Box 645189<br>Pittsburgh, PA 15264-5189 | Giant Eagle<br>c/o Complete Recovery Services, Inc.<br>8935 Prominence Parkway Suite 200<br>Jacksonville, FL 32256-8265 |
| Hyundai Lease Titling Trust<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Christine A. Kikel<br>1047 Myers Road<br>Greensburg, PA 15601-6363 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PA Turnpike<br>PAM, LLC<br>PO Box 1153<br>Milwaukee, WI 53201-1153 | PAF 360<br>40 Daniel Street<br>P.O. Box 406<br>Farmingdale, NY 11735-0406 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quicken Loans & Rocket Mortgage<br>635 Woodward<br>Detroit, MI 48226-3408 | Radiologic Consultants LTD<br>717 East Pittsburgh Street<br>Greensburg, PA 15601-2636 | Rocket Mortgage, LLC f/k/a Quicken Loans, at<br>635 Woodward Avenue<br>Detroit MI 48226-3408 |
| Santander Consumer<br>Po Box 660633<br>Dallas, TX 75266-0633 | Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Southern Ca<br>2420 Professional Drive<br>Rocky Mount, NC 27804-2253 |
| Southern Credit Adjusters, Inc.<br>PO Box 2764<br>Rocky Mount, NC 27802-2764 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Portfolio Recovery Associates LLC         (d)Portfolio Recovery Associates, LLC
120 Corporate Blvd.                          POB 12914
Norfolk, VA 23502                            Norfolk VA 23541



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Rocket Mortgage, LLC f/k/a Quicken Loans,    End of Label Matrix
                                                Mailable recipients    30
                                                Bypassed recipients     1
                                                Total                  31