**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>CHRISTINE A. KIKEL | Case No. 21-22091JCM |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| vs. Movant<br>BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO 15 LLC++<br>Respondents | Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

SERVICER NO LONGER COLLECTS ACCOUNTS FOR THE CREDITOR; NO AMENDED CLAIM HAS BEEN FILED.

| | |
|---|---|
| BUREAUS INVESTMENT GROUP PORTFOLIO<br>NO 15 LLC++<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Court claim# 11/Trustee CID# 27 |

The Movant further certifies that on 11/18/2025, copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>CHRISTINE A. KIKEL, 1047 MYERS ROAD, GREENSBURG, PA  15601 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG PC, 436 SEVENTH AVE STE 322, KOPPERS BUILDING, PITTSBURGH, PA  15219 |
| :<br>BUREAUS INVESTMENT GROUP, 650 DUNDEE RD STE 370, NORTHBROOK, IL  60062 | ORIGINAL CREDITOR:<br>BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC++, C/O PRA RECEIVABLES MANAGEMENT LLC, PO BOX 41031, NORFOLK, VA  23541 |
| ORIGINAL CREDITOR'S COUNSEL:<br>BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC++, C/O PRA RECEIVABLES MANAGEMENT LLC, PO BOX 41021, NORFOLK, VA  23541<br><br>NEW CREDITOR: | |