Bank of America, N.A.
PO Box 15102
Wilmington, DE 19886-5102

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re: Christine A Kikel
CHAPTER: 13
CASE NUMBER: 21-22091

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Bank of America, N.A.
2. For account 2362 in the amount of $ 2626.43.
3. Docketed by the court on October 07, 2021 Claim number 3.

    You are notified that such proof of claim is hereby withdrawn.

DATED: November 21, 2025

Bank of America, N.A.

/s/ Jeffrey Randall, Assistant Vice President