IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Christine A. Kikel<br>Debtor<br><br>Steidl and Steinberg, P.C.<br>Applicant<br><br>vs.<br><br>Office of the U.S. Trustee, Ronda J. Winnecour, Trustee,<br>Respondents | Case No. 21-22091 JCM<br>Chapter 13<br>Document No.<br><br>Related Document No. 104 |

**ORDER OF COURT**

AND NOW, to-wit this 25th day of September, 2026, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) The Application for Compensation (Doc. 104) is **APPROVED** in the additional maximum amount of $4,460.00 in fees and $0.00 in costs for services performed by Counsel for the Debtor for the period between October 13, 2020, and September 2, 2026. The actual amount payable will be limited to the Trustee's funds on hand after distribution to all other allowed claims.

2) The total amount of compensation, including the no-look fee, the amount set forth in paragraph 1, above, and all other approved applications in this case amounts to $8,560.00 in fees and $500.00 in costs.

3) In addition to the retainer of $600.00, and the $2,500.00 approved as part of the confirmed plan, and the $1,000.00 approved as part of participation in the court's Loss Mitigation Program, a total of $4,460.00 in compensation remains due.

4) The total compensation due set forth in Paragraph 3 may only be paid through the Chapter 13 Plan ("Plan") if payment of the fees does not decrease the percentage or amount to be paid to other creditors through the Plan.

BY THE COURT:

dak
Hon. John Melaragno
U.S. Bankruptcy Judge

SIGNED
9/25/26 8:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-22091-JCM

Christine A. Kikel Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 1

Date Rcvd: Sep 25, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine A. Kikel, 1047 Myers Road, Greensburg, PA 15601-6363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor Christine A. Kikel julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4